**STATE of Missouri,**
**Plaintiff/respondent,**

**v.**

**Myron Frederick BUCHANAN,**
**Sr., Defendant/appellant.**

**No. ED 102587**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: August 23, 2016

Rachel S. Flaster, Jefferson City, MO, for Plaintiff/Respondent.

Richard H. Sindel, Clayton, MO, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

ORDER

PER CURIAM.

Myron Frederick Buchanan, Sr., appeals from the trial court's judgment entered upon a jury verdict convicting him of one count each of first-degree statutory sodomy, first-degree child molestation, and furnishing or attempting to furnish pornographic material to a minor. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court committed no plain error. Rule 30.20;[1] State v. Nylon, 311 S.W.3d 869, 884 (Mo. App. E.D. 2010). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Rule 30.25(b).

---

1. All rule references are to Mo. R. Crim. P. 2014.